PD-0437-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/16/2015 12:06:27 PM
Accepted 4/21/2015 11:04:57 AM
ABEL ACOSTA
CLERK

CAUSE NO. 14-14-00598-CR

| | | |
|---|---|---|
| MARIO R. AVILA, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 14th JUDICIAL DISTRICT |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, MARIO R. AVILA, Appellant, and files this Motion for Extension of Time to File Appellant's Petition For Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

The First Court of Appeals issued its Published Opinion in this case on March 17, 2015. No motion for rehearing was filed. Appellant's Petition for Discretionary Review is due to be filed by April 16, 2015. This is Appellant's first request for an extension of time. Appellant requests an extension of forty-five (45) days to file the petition.

FILED IN
COURT OF CRIMINAL APPEALS

April 21, 2015

ABEL ACOSTA, CLERK

II.

In the past thirty (30) days, counsel was engaged in the following matters, which preclude completion of Appellant's Petition for Discretionary Review:

1. On March 16-20, 2015, counsel for Appellant was out of town on a family vacation.

2. On March 23, 2015, counsel for Appellant appeared for a re-arraignment in the case styled *United States of America vs. Darquesha Perry;* Criminal Number 4:14-cr-00097, pending in the United States District Court, Southern District of Texas, Houston Division.

3. On March 24, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas v. Ashley Heinen;* Cause No. 1427784 pending in the 338th District Court of Harris County, Texas and a disposition setting in the case styled State of Texas vs. Ruben Carrera; Cause No. 1448426 pending in the 178th District Court of Harris County, Texas.

4. On March 27, 2015, Counsel for Appellant appeared for a disposition setting in the case styled *State of Texas v. Derenda Obrien,* Cause No. 1383848, pending in the 338th District Court of Harris County, Texas.

5.    On March 30, 2015, counsel for Appellant appeared for a consultation setting in the case styled *State of Texas v. Canonero Brown;* Cause No. 1459987, pending in the 185th District Court of Harris County, Texas.

6.    On April 1, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas v. Alexis King Brown;* Cause No. 1441380, pending in the 232nd District Court of Harris County, Texas.

7.    On April 3, 2015, counsel for Appellant's office was closed for the Easter holiday.

8.    On April 6, 2015, counsel for Appellant appeared for a jury-trial setting in the case styled *State of Texas v. Lesley Hooper;* Cause No. 13-cr-2732, pending in the 212th District Court of Galveston County, Texas. This case was reset until May 6, 2015.

9.    On April 8, 2015, counsel for Appellant appeared for arraignment in the case styled *State of Texas v. Jason Waldvogel;* Cause No. 1446910, pending in the 178th District Court of Harris County, Texas.

10.   On April 10, 2015, counsel for Appellant appeared for a meeting in the case styled *United States of America vs. Darquesha Perry;* Criminal Number 4:14-cr-00097, pending in the United States District Court, Southern District of Texas, Houston Division.

11. On April 14, 2015, counsel for Appellant appeared for a status conference in the case styled *United States of America vs. Carlos Montemayor;* Criminal Number 4:14-cr-00603, pending in the United States District Court, Southern District of Texas, Houston Division.

12. On April 15, 2015, counsel for Appellant appeared for a writ hearing in the case styled *State of Texas vs. Elio Luna, Cause No. 1445675*, pending in the 178th District Court of Harris County, Texas.

13. On April 16, 2015, counsel for Appellant is scheduled to appear for sentencing in the case styled *United States of America vs. Mashood Balogun;* Criminal Number 4:13-cr-00740, pending in the United States District Court, Southern District of Texas, Houston Division.

14. On April 17, 2015, counsel for Appellant is scheduled to speak at a seminar in Waco, Texas.

IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an extension of forty-five(45) days, or until June 1, 2015, for Appellant to submit the Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of forty-five (45) days, for Appellant to submit the Petition for Discretionary Review in this case.

Respectfully submitted,

/s/ Nicole DeBorde
NICOLE DEBORDE
BIRES SCHAFFER & DEBORDE
Federal ID No. 16839
TBA No. 00787344
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile: (713) 228-0034
Email: Nicole@BSDLawFirm.com

COUNSEL FOR APPELLANT,
MARIO R. AVILA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Petition For Discretionary Review was served via e-mail delivery through eFile.TXCourts.gov to Alan Curry, Assistant District Attorney, Harris County District Attorney's Office, 1201 Franklin, Appellate Division, on this the 16th day of April 2015.

/s/ Nicole DeBorde
NICOLE DEBORDE

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the Motion for Extension of Time contains 964 words.

/s/ Nicole DeBorde
NICOLE DEBORDE

CAUSE NO. 14-14-00598-CR

| | | |
|---|---|---|
| MARIO R. AVILA, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 14th JUDICIAL DISTRICT |
| Appellee | | |

## **<u>ORDER</u>**

It is the order of this Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to _____, 2015.

SIGNED this the _____ day of _____, 2015.


_____
JUDGE PRESIDING